## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 6162    Purchased/Filed: July 7, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN COUNTY

Maersk Line                                                                                    Plaintiff

against

Rams Impex Inc.                                                                             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __July 14, 2008__, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons in a Civil Case and Complaint with Supporting Documents Bearing the above Index # and Filing Date__ on __Rams Impex Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __307 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered Mail 7778 4256 4275 5000 1925 c/o Dipak Parikh, 50 Jares Blvd., Kendall Park NJ 08824.

Description of the person served: Approx. Age: __46__   Approx. Wt: __110 lbs.__   Approx. Ht: __5' 1"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: __glasses__

Sworn to before me on this

16th day of   July 2008

_Deborah A Bottisti (Beelin)_    _Jessica Miller_
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6038756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0620177