5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE,

                                                                                                        08 CIV. 6162 (BAER)

                        Plaintiff,

                                                                                                          DEFAULT JUDGMENT

           - against -

RAMS IMPEX INC.,

                        Defendant.
-----------------------------------------------------------X

       This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant RAMS IMPEX INC. on July 14, 2008 by personal service on the Secretary of State, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

       Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant RAMS IMPEX INC. in the liquidated amount of $2,697.00, with interest at 6% from the respective dates due amounting to $60.10, plus the costs and disbursements of this action in the amount of $625.00, amounting in all to $3,382.10.

Dated: New York, New York
        August      , 2008

                                                                                            _____
                                                                                                  U.S.D.J.