08/05/2008  12:06   2126961873                    AVALLONE & ASSOC                        PAGE  02

5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                     08 CV 6162 (BAER)

            Plaintiff,

  - against -

                     <u>AFFIDAVIT</u>

RAMS IMPEX INC.,

            Defendant.
------------------------------------------------------------X

STATE OF NORTH CAROLINA    )
                                        ) ss.:
COUNTY OF MECKLENBURG     )

       DAVE JOHNSON, being duly sworn, deposes and says:

       1. I am the Litigation Analyst in the offices of Credit and Collection for MAERSK LINE ("ML"), the plaintiff in the referenced matter. As such, I am personally familiar with the facts and circumstances herein, and I make this affidavit in support of plaintiff's Motion for Final Judgment by Default against defendant RAMS IMPEX INC.

       2. ML's records show that defendant RAMS IMPEX INC. was the shipper of goods carried on plaintiff's Vessels, and is the party responsible to remit the ocean freight and related charges due as set forth in the Complaint. Such charges are true and accurate pursuant to ML's tariff, are the responsibility of defendant RAMS IMPEX INC., and remain unpaid.

PAGE 2/3 * RCVD AT 8/5/2008 11:56:59 AM [Eastern Daylight Time] * SVR:SCRBRFXUSCNC01/11 * DNIS:5481 * CSID:2126961873 * DURATION (mm-ss):01-20

08/05/2008  12:06   2126961873                        AVALLONE & ASSOC                              PAGE  03

WHEREFORE, plaintiff prays for the entry of judgment by default against defendant RAMS IMPEX INC.

Dated: Charlotte, North Carolina
August 5, 2008

*Dave Johnson*
DAVE JOHNSON

Sworn to before me this
5th day of August, 2008

*Anita Jackson Berry*
Notary Public

ANITA JACKSON BERRY
NOTARY PUBLIC
MECKLENBURG COUNTY, N. C.

PAGE 3/3 * RCVD AT 8/5/2008 11:56:59 AM [Eastern Daylight Time] * SVR:SCRBRFXUSCNC01/11 * DNIS:5481 * CSID:2126961873 * DURATION (mm-ss):01-20