5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAERSK LINE,                                                    08 CIV. 6162 (BAER)

                                    Plaintiff,

                    - against -                                 AFFIDAVIT FOR
                                                                JUDGMENT BY
                                                                DEFAULT
RAMS IMPEX INC.,

                                    Defendant.
----------------------------------------------------------------X

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

        ALBERT J. AVALLONE, being duly sworn, deposes and says:

        1. I am a member of the Bar of this Court and am a member of the
firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the
plaintiff in the above entitled action, and I am familiar with all the facts and
circumstances in this action.

        2. I make this affidavit in support of plaintiff's application for the
entry of a default judgment against defendant RAMS IMPEX INC.

        3. This is an action to recover unpaid ocean freight owed by
defendant to plaintiff for the transportation of certain goods of the defendant by
the plaintiff.

        4. Jurisdiction of the subject matter of this action is based on
maritime jurisdiction.

        5. This action was commenced by the filing of a Summons and
Complaint. A copy of the Summons and Complaint was served on defendant
RAMS IMPEX INC. on July 14, 2008 by personal service on the Secretary of
State, and a proof of service was filed. The defendant has not answered the

Complaint and the time for the defendant to answer the Complaint has expired.

6. This action seeks judgment for the reduced, liquidated amount of $2,697.00, plus interest at 6% from the respective dates due, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made or incurred herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: New York, New York
      August 11, 2008

_____
ALBERT J. AVALLONE

Sworn to before me this
11th day of August, 2008

_____
Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4061997
Qualified in New York County
My Commission Expires

5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MAERSK LINE,

                            Plaintiff,

            - against -

RAMS IMPEX INC.,

                           Defendant.
--------------------------------------------------------------X

08 CIV. 6162 (BAER)


**AFFIDAVIT**

STATE OF NEW YORK      )
                            ) SS.:
COUNTY OF NEW YORK )

      ALBERT J. AVALLONE, being duly sworn, deposes and says:

      I am a member of the Bar of the Court and am a member of the firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff. As such, I am familiar with the facts and circumstances in the above entitled action.

      Jurisdiction of plaintiff's claim is based upon maritime jurisdiction.

      In my opinion, this Court has jurisdiction over the person and subject matter of this action.

Dated: New York, New York
         August 11, 2008

                                                _____
                                              ALBERT J. AVALLONE

Sworn to before me this
11th day of August, 2008

_____
   Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4961997
Qualified in New York County
My Commission Expires ........