5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                               Plaintiff,

- against -

RAMS IMPEX INC.,

                               Defendant.
------------------------------------------------------------X

08 CIV. 6162 (BAER)

**STATEMENT**

Principal Amount Sued For:

1. On the First Cause of Action..............................$1,436.00
   Interest at 6% from March 6, 2008
   through August 11, 2008 .......................................$37.30

2. On the Second Cause of Action ........................$1,261.00
   Interest at 6% from April 23, 2007
   through August 11, 2008 .......................................$22.80

Disbursements:

   Clerk's Fee.............. $350.00
   Process Server......... $275.00

Total (as of August 11, 2008).................................$3,382.10

Dated: New York, New York
       August 11, 2008

                                        LAW OFFICES OF
                                        ALBERT J. AVALLONE & ASSOCIATES

                                        By_____
                                        Albert J. Avallone - AA1679
                                        Attorneys for Plaintiff
                                        MAERSK LINE
                                        551 Fifth Avenue, Suite 1625
                                        New York, NY 10176
                                        (212) 696-1760