# ALBERT J. AVALLONE & ASSOCIATES

551 Fifth Avenue, Suite 1625, New York, NY 10176
PHONE: 212-696-1760     FAX: 212-696-1873

August 11, 2008

Honorable Harold Baer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007



RECEIVED
AUG 13 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

Re: Maersk Line
     v. Rams Impex Inc.
     Our File: 5-638579
     Case No. 08 CV 6162 (HB)

Honorable Sir:

We are the attorneys for plaintiff. Enclosed is a courtesy copy of our default application.

Under the circumstances, we respectfully request that the conference scheduled for August 21 be cancelled.

Respectfully submitted,

ALBERT J. AVALLONE & ASSOCIATES

Albert J. Avallone

AJA:dm
Enclosure

[Handwritten note from judge: "Let's keep the conference date not much time has gone by since Aug. I presume you copied your adversary w/ a copy of the proposed default judgment. See you Thursday unless we hear adversary intends to appear"]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
8/19/08

Endorsement:

    Let's keep the conference date not much time has gone by since August 11 when I presume you copied your adversary with a copy of the proposed default judgment. See you Thursday and perhaps your adversary will appear.